IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| TERRY LEE BAILEY, II, | ) |
| Plaintiff, | ) |
| v. | ) No. 07-4188-CV-C-NKL |
| MORGAN COUNTY, et al., | ) |
| Defendants. | ) |

### ORDER

On November 20, 2007, plaintiff Terry Lee Bailey filed a motion to reconsider the court's order of November 5, 2007. Plaintiff seeks relief from the judgment in this case, pursuant to Fed. R. Civ. P. 60(b). Rule 60(b) "provides for extraordinary relief which may be granted only upon an adequate showing of exceptional circumstances." Reyher v. Champion, 975 F.2d 483, 488 (8th Cir. 1992) (quoting United States v. Young, 806 F.2d 805, 806 (8th Cir. 1986)). No exceptional circumstances justifying relief have been shown.

THEREFORE, IT IS ORDERED that plaintiff's motion for relief from the judgment is denied. [6]

/s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: 2-14-08
Jefferson City, Missouri